# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULIE VOEKS,<br><br>                Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES LP,<br><br>                Defendant. | Case No. 18-CV-1782-JPS<br><br>**ORDER** |

On April 1, 2019, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #12). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii). The pending class certification motion, (Docket #3), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #12) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that Plaintiff's class certification motion (Docket #3) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 2nd day of April, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge